IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ROBERT A. WHITE and<br>JOANNA A. WHITE,<br><br>　　　　　Debtors,<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br><br>　　　　　Movant,<br><br>　　v.<br><br>ROBERT A. WHITE,<br>JOANNA A. WHITE and<br>RONDA J. WINNECOUR, Trustee,<br><br>　　　　　Respondents. | Bankruptcy case no. 06-22271-JKF<br><br>Chapter 13 |

## APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET.SEQ.

AND NOW, comes Movant, Regional Acceptance Corporation, ("RAC") by and through its undersigned counsel, Bernstein Law Firm, P.C., and in support of its Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. Section 347 and 28 U.S.C. Sections 2041 Et. Seq. (the "Motion"), represents as follows:

1.　　On or about May 22, 2006, Debtors filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code. 11 U.S.C. § 101, et seq.

2.　　RAC timely filed a Proof of Claim in the amount of $20,522.38, in the Debtors' bankruptcy on September 5, 2006 at claim no. 8.

3. On or about November 16, 2010, the Chapter 13 Trustee paid into the court the sum of $6,351.86, representing unclaimed funds owned by RAC. 11 U.S.C. § 347. A true and correct copy of the report of unclaimed funds is attached hereto as Exhibit A.

4. Movant is entitled to payment of the unclaimed funds pursuant to 11 U.S.C. § 347 and 28, U.S.C §§ 2041 and 2042.

WHEREFORE, Regional Acceptance Corporation, respectfully requests this Honorable Court enter an Order, pursuant to 28, U.S.C §§ 2041 and 2042, directing the Clerk of the U.S. Bankruptcy Court to pay the sum of $6,351.86 to Regional Acceptance Corporation from the Unclaimed Funds in the above referenced case.

    Respectfully submitted,

    BERNSTEIN LAW FIRM, P.C.

    By: /s/ Peter J. Ashcroft
    Peter J. Ashcroft, Esq.
    PA I.D. #87317
    Suite 2200, Gulf Tower
    Pittsburgh, PA 15219
    (412) 456-8107
    Fax: (412) 456-8255

    Counsel for Regional Acceptance Corp.

Dated: April 13, 2011