# RECORD OF FUNDS RECEIVED FOR DEPOSIT
## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

         2. Case Administrator

FROM:  Financial Administrator

DATE: **11-18-10**

**UC**

CASE NAME: **White**

CASE NUMBER: **06-22271**

Check Number **713075** in the amount of $ **6351.86** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **01543**    Intake Clerk's Initials **ac**

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

***BB&T CONFIDENTIAL***
***BB&T CONFIDENTIAL***

OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

11/16/2010

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: ROBERT A. WHITE
JOANNA A. WHITE
Case No: 06-22271F

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Regional Acceptance Corp<br>
Attn Bankruptcy Section<br>
Pob 1847<br>
Wilson,NC 27894-1847

CHECK NUMBER 713075      AMOUNT $6351.86

    The disbursement(s) was returned to the Trustee for the following reason:

CREDITOR IS ON GLOBAL RESERVE

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:KENNETH STEIDL ESQ
ROBERT A. WHITE
JOANNA A. WHITE
Regional Acceptance Corp

***BB&T CONFIDENTIAL***
***BB&T CONFIDENTIAL***