IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> ROBERT A. WHITE and <br> JOANNA A. WHITE, <br><br> Debtors, <br><br> REGIONAL ACCEPTANCE <br> CORPORATION, <br><br> Movant, <br><br> v. <br><br> ROBERT A. WHITE, <br> JOANNA A. WHITE and <br> RONDA J. WINNECOUR, Trustee, <br><br> Respondents. | Bankruptcy case no. 06-22271-JKF <br><br> Chapter 13 |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2011, on the application of Regional Acceptance Corporation for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the US. Attorney as required by 28 U.S.C. § 2041 et. Seq. and directs that all funds held in the registry of the court or paid pursuant to 11 U.S.C. § 347, for the benefit of and waiting the request of the Claimant, in the amount of $6,351.86, be paid to claimant, Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge